# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00537-CV

**Sayers Construction, LLC, Appellant**

**v.**

**Accordant Communications, LLC, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. 22-1261, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Sayers Construction, LLC filed its notice of appeal on August 30, 2022. This Court abated this appeal on December 22, 2022, after appellant notified us of its filing for bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the abatement, no party to this appeal sought reinstatement or otherwise advised the Court of the status of the bankruptcy proceeding. *See id.* R. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed.

On November 6, 2024, this Court notified the parties that this appeal would be dismissed for want of prosecution unless they filed a status report providing reason to retain this appeal. *See id.* R. 42.3(b). On November 18, 2024, appellant's counsel filed a response informing the Court that appellant's bankruptcy counsel had informed him that the bankruptcy case had not yet been closed. Because the bankruptcy court's records reflect the bankruptcy case's status as closed, we reinstated the case and then abated for thirty days to allow counsel time to provide the Court with proof that the bankruptcy case has not been closed and the

bankruptcy stay should remain in place. To date, no response has been filed asserting that the bankruptcy stay should remain in place.

We reinstate this appeal and dismiss it for want of prosecution.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: December 31, 2024